AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 JUL 30  AM 10: 35
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | |
|---|---|
| United States of America<br>v.<br><br>PHYLLIS RICCI QUINCOCES,<br>a/k/a "Faith Ashford"<br>a/k/a "Grace Rubestello"<br>a/k/a "Phyllis Ricci"<br>Defendant | )<br>)<br>) Case No.  1:18-cr-109(3)<br>)<br>) Honorable Timothy S. Black<br>)<br>) **[UNDER SEAL]**<br>) |

## *AMENDED* ARREST WARRANT

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* PHYLLIS RICCI QUINCOCES,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) - Conspiracy to Participate in Racketeering Activity

[SEE ATTACHED INDICTMENT]

Date: 07/27/2018

*Issuing officer's signature*

City and state:  CINCINNATI, OHIO

Richard W. Nagel, Clerk, U.S. District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 07/27/2018, and the person was arrested on *(date)* 07/31/2018
at *(city and state)* Florida.

Date: 09/04/2018

UNK
*Arresting officer's signature*

UNK
*Printed name and title*