IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 18-CR-109 |
| v. | : | Judge Timothy S. Black |
| ANDREY SHUKLIN, et al., | : | ORDER |
| Defendants. | : | |

Upon the Government's Application to for an Order Regarding the Return of Customer Goods, and for the reasons set forth in that Application, the Court Orders as follows:

IT IS ORDERED that agents for the United States Department of Transportation ("USDOT") may coordinate with the owners or other representatives of Extra Space Storage to enter the premises and identify Merlinda Baker's and Anil Kumar's goods located in the following storage location: Extra Space Storage, 4723 S. Emerson Ave., Indianapolis, IN 46203, Unit 409.

IT IS ORDERED that agents for the USDOT may coordinate with the owners or other representatives of Extra Space Storage and facilitate the return of customer property from the storage unit listed above by entering the storage facility and permitting Merlinda Baker and Anil Kumar, or their representatives, to retrieve their household goods from this location.

_____
THE HONORABLE TIMOTHY S. BLACK
United States District Judge
Southern District of Ohio