**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

        Plaintiff,                      Case No. 1:18-cr-109-3

  v.                                    JUDGE DOUGLAS R. COLE

**PHYLLIS RICCI QUINCONES,**

        Defendant.

## CRIMINAL MINUTES: CHANGE OF PLEA ON INDICTMENT

Defendant appeared by video with counsel Hal Arenstein

Defendant advised of right to appear in person, but consented to appear by video

Defendant arraigned and specifically advised of rights

Plea Agreement summarized by AUSA Megan Gaffney Painter

Statement of Facts read by AUSA Megan Gaffney Painter

Defendant pled GUILTY to Count 1

Plea accepted by the Court

Referred to Probation Department for Presentence Report

Defendant to remain on O.R. Bond


**Judge:**                       Douglas R. Cole

**Courtroom Deputy:**     Scott Lang

**Court Reporter:**        Sue Lopreato-Official

**Date:**                      May 21, 2021